# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE
### November 2, 1999 Session

## STATE OF TENNESSEE v. CHRISTOPHER LINDSAY

**Appeal as of Right from the Criminal Court for Anderson County**
**No. 98CR0137      James B. Scott, Jr.Judge,**

---

**No. E1998-00036-CCA-R3-CD**
November 3, 2000

### JUDGMENT

Came the Appellant, Christopher Lindsay, by counsel and also came the Attorney General on behalf of the State, and this case was heard on the record on appeal from the Criminal Court of Anderson County; and upon consideration thereof, this Court is of the opinion that there is no reversible error in the judgment of the trial court.

It is, therefore, ordered and adjudged by this Court that the judgment of the trial court is affirmed, and the case is remanded to the Criminal Court of Anderson County for execution of the judgment of that Court and for collection of costs accrued below. Appellant may remain on bond, with a twenty-five percent increase, pending possible appeal to the Supreme Court.

Because it appears to the Court that Appellant, Christopher Lindsay, is indigent, costs will be paid by the State.

Per Curiam
Smith, Tipton, Woodall